UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIRIAM EDWARDS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MCDERMOTT INTERNATIONAL, INC., DAVID DICKSON, and STUART SPENCE,<br><br>Defendants. | § CIVIL ACTION NO. 4:18-cv-04330<br>§<br>§ **NOTICE OF MOTION AND MOTION OF**<br>§ **WAH KEE HO FOR APPOINTMENT AS**<br>§ **LEAD PLAINTIFF AND APPROVAL OF**<br>§ **LEAD PLAINTIFF'S SELECTION OF**<br>§ **COUNSEL**<br>§<br>§ **CLASS ACTION** |

Movant Wah Kee Ho ("Movant"), through counsel, hereby moves the Court pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order:

(a)     appointing Movant as Lead Plaintiff in this action; and

(b)     approving Movant's selection of The Rosen Law Firm P.A. as Lead Counsel and Steckler Gresham Cochran PLLC as Liaison Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) a Memorandum of Law dated January 15, 2019; (2) Appendix Accompanying Movant's Motion, dated January 15, 2019; and (3) a [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of Counsel.

**CERTIFICATE OF CONFERENCE**

Local Rule 7.1(D) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or

persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7.1(D) be waived.

Dated: January 15, 2019

Respectfully submitted,

**STECKLER GRESHAM COCHRAN PLLC**

_____/s/ R. Dean Gresham_____
R. Dean Gresham
Texas Bar No. 24027215
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75219
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
Email: dean@stecklerlaw.com

[Proposed] Liaison Counsel for Plaintiff and Class

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

Additional Counsel to Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of January 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                  /s/ R. Dean Gresham