## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| MIRIAM EDWARDS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MCDERMOTT INTERNATIONAL, INC., DAVID DICKSON, and STUART SPENCE,<br><br>Defendants. | Civil Action No. 4:18-cv-04330-AHB |
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MCDERMOTT INTERNATIONAL, INC., DAVID DICKSON, and STUART SPENCE,<br><br>Defendants. | Civil Action No. 4:19:cv-0135 |

## ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE

On this day came to be heard Defendants McDermott International, Inc.'s, David Dickson's, and Stuart Spence's Motion to Consolidate the above-captioned cases. Having considered the Motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, this Court is of the opinion that the motion should be GRANTED.

Accordingly, *Edwards v. McDermott Int'l, Inc., et. al.*, Case No. 4:18-cv-04330, and *The Pub. Emps.' Ret. Sys. of Miss. v. McDermott Int'l, Inc., et. al.*, Case No. 4:19-cv-00135, are hereby consolidated for all purposes.

It is so ORDERED.

_____          _____
Date                                     The Honorable Alfred H. Bennett
                                         United States District Judge