# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MIRIAM EDWARDS, Individually and On Behalf of All Others Similarly Situated, | : : : | **Case No. 4:18-cv-4330-GCH (Consolidated)** |
| Plaintiff, | : : | |
| v. | : : | **CLASS ACTION** |
| MCDERMOTT INTERNATIONAL, INC., DAVID DICKSON, STUART SPENCE, | : : : | |
| Defendants | : : | |
| JOHN ARDEN AHNEFELDT, ROBERT BROWER, JR. ROBERT BROWER, SR., KHANH L. BUI, JIGNESH CHANDARANA, KRUITIKA CHANDARANA, AMIRA YOUSUF CHOWDHURY, CHRISTOPHER COLIGADO, DANIAL GAD, EDWIN HOWELL, SIOE LIE HOWELL, DARREN HUNTING, ANNE INGLEDEW, SHITAL MEHTA, THOMAS CARL RABIN, ADAM SHULTZ, AMIT SOMANI, JAYAPRAKASH SRINIVASAN, AARTHI SRINIVASAN, CHRISTOPHER SWEDLOW, and ALEXANDRE TAZI, on Behalf of Themselves and All Others Similarly Situated, | : : : : : : : : : : : : : : : : : | **Case No. 4:20-cv-02539-ASH**  **CLASS ACTION** |
| Plaintiffs, | : : | |
| v. | : : | |
| DAVID DICKSON, STUART A. SPENCE, and CHRISTOPHER A. KRUMMEL, | : : : | |
| Defendants | : : : | |

## MOTION BY §10(B) LEAD PLAINTIFF NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN TO CONSOLIDATE CASES AND TO VACATE ADDITIONAL NOTICE AND LEAD PLAINTIFF DEADLINE

The Nova Scotia Health Employees' Pension Plan ("§10(b) Lead Plaintiff"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 42(a)(2) and L.R. 7.6, hereby respectfully moves this Honorable Court, at its earliest convenience during August 2020, for an Order, substantially in the form of the Proposed Order submitted herewith, that: (1) consolidates the related action, *Ahnefeldt, et al. v. Dickson, et al.*, No. 4:20-cv-02539 (S.D. Tex.) ("Related Action"), with and into the above-captioned action, *Edwards v. McDermott International, Inc., et al.*, No. 4:18-cv-4330 (S.D. Tex.), and thereafter administratively closes the Related Action, with the *Edwards* action serving as the master file; (2) reaffirms that the §10(b) Lead Plaintiff will serve as the lead plaintiff under the Private Securities Litigation Reform Act of 1995 overseeing the class-wide claims asserted in the Related Action, per this Court's prior lead plaintiff Order of June 4, 2019 (Dkt. No. 84); (3) vacates both the PSLRA notice published in the Related Action and the purported second lead plaintiff motion deadline in the Related Action of September 16, 2020; and (4) directs the §10(b) Lead Plaintiff to issue a corrective notice, substantially in the form of Exhibit A attached to the Proposed Order, informing investors that the September 16, 2020 lead plaintiff deadline in the Related Action has been vacated.  In support of this Motion, the §10(b) Lead Plaintiff respectfully submits the accompany Memorandum of Law and the Proposed Order and all supporting documents and exhibits.

Dated: July 28, 2020                     Respectfully submitted,
                                         **POMERANTZ LLP**

                                         */s/Matthew L. Tuccillo*
                                         Matthew L. Tuccillo
                                         (S.D. Tex. Federal Bar # 1467939)
                                         Jeremy A. Lieberman
                                         (S.D. Tex. Federal Bar Number 1466757)
                                         J. Alexander Hood II
                                         (S.D. Tex. Federal Bar Number 3086579)
                                         Jennifer Banner Sobers
                                         (*Admitted Pro Hac Vice*)

1

600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mltuccillo@pomlaw.com
Email: ahood@pomlaw.com

*Counsel for §10(b) Lead Plaintiff Nova Scotia Health Employees' Pension Plan and Lead Counsel for the §10(b) Class*

**THE BRISCOE LAW FIRM, PLLC**

*/s/Willie C. Briscoe*
Willie C. Briscoe
Texas Bar No.: 24001788
Southern District No.: 25157
1980 Park Oak Blvd.
Houston, TX  77056
Telephone: 713-752-2600
Facsimile: 832-201-9950
wbriscoe@thebriscoelawfirm.com

*Attorney-In-Charge, Counsel for §10(b) Lead Plaintiff Nova Scotia Health Employees' Pension Plan, and Liaison Counsel for the §10(b) Class*

## CERTIFICATE OF CONFERENCE

This is to certify that on July 28, 2020, the undersigned counsel, Court-appointed §10(b) Lead Counsel, contacted counsel for the plaintiffs in the Related Action to seek their consent to the relief sought by this Motion, which consent was not obtained.

/s/ Matthew L. Tuccillo
Matthew L. Tuccillo

2

## CERTIFICATE OF SERVICE

This is to certify that on July 28, 2020, a true and correct copy of the foregoing document was filed on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and correct copies of this filing.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo
