United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Miriam Edwards, et al. | § § | |
| v. | § § | Civil Action 4:18−cv−04330 |
| McDermott International, Inc., et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Andrew Edison:

Motion to Dismiss – #124
Motion to Dismiss – #125

Date: October 30, 2020.

David J. Bradley, Clerk

By: G. Clair, Deputy Clerk