United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIRIAM EDWARDS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-4330 |
| | § | |
| MCDERMOTT INTERNATIONAL, INC., | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Pending before the Court is a motion to dismiss the complaint filed by Plaintiff Nova Scotia Health Employees' Pension Plan under Federal Rule of Civil Procedure 12(b)(6). The motion (Dkt. 125) is **DENIED**. An opinion will follow.

SIGNED at Houston, Texas, this 31st day of March, 2021.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE