United States District Court
Southern District of Texas
**ENTERED**
March 28, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MIRIAM EDWARDS, ET AL., | § § § | |
| Plaintiffs. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:18-cv-04330 |
| MCDERMOTT INTERNATIONAL, INC., ET AL., | § § § § | |
| Defendants. | § | |

## ORDER

On Wednesday, March 9, 2022, Plaintiffs issued notices of six subpoenas they intended to serve on non-parties to this litigation. The notices were addressed to: (1) AlixPartners; (2) The Chatterjee Group; (3) Haldia Petrochemicals Ltd; (4) Rhône Group; (5) Illuminate Buyer, LLC c/o The Chatterjee Group; and (6) Illuminate Buyer, LLC c/o Rhône Group. The Relevant Time Period in each of the subpoenas runs from March 20, 2019 through June 30, 2020.

In an order dated November 4, 2021, I expressly held that: "Given the PSLRA discovery stay in effect for the new 10(b) claims, the ending date for the document productions is, for the time being, September 18, 2019, the day after the class period set forth in the Complaints that survived motions to dismiss. I will revisit the appropriate ending date after a ruling is issued on Defendants' motion to dismiss the new 10(b) claims." Dkt. 221 at 4. The referenced motion to dismiss is still pending.

To make sure there is no confusion among the recipients of the subpoenas as to the time period covered by the subpoenas, I expressly quash those portions of the subpoenas seeking documents after September 18, 2019.

Plaintiffs' counsel is ordered to immediately provide a copy of this order to the subpoena recipients.

SIGNED this 28th day of March 2022.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE