United States District Court
Southern District of Texas
**ENTERED**
September 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIRIAM EDWARDS, *et al.*, § | |
| § | |
| Plaintiffs. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:18-cv-04330 |
| § | |
| MCDERMOTT INTERNATIONAL, § | |
| INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 19, 2021, this case was referred to United States Magistrate Judge Andrew M. Edison for all pretrial matters under 28 U.S.C. § 636(b)(1)(B). Dkt. 204. Judge Edison filed a Memorandum and Recommendation on August 30, 2022, recommending that Defendants' Motion to Dismiss Plaintiff's § 10(b) Supplemental Class Action Complaint (Dkt. 222) be **GRANTED**. Dkt. 265

On September 20, 2022, Lead Plaintiff Nova Scotia Health Employees' Pension Plan filed its Objections. Dkt. 267. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 265) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss Plaintiff's § 10(b) Supplemental Class Action Complaint (Dkt. 222) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 22nd day of September 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE