| **POMERANTZ LLP** | **WOLF POPPER LLP** |
|:---:|:---:|
| 600 Third Avenue | 845 Third Avenue |
| New York, NY 10016 | New York, NY 10022 |

October 7, 2022

<u>Via ECF</u>

Hon. Andrew M. Edison
United States Magistrate Judge
United States District Court
Southern District of Texas
601 Rosenberg, Seventh Floor
Galveston, TX 77550

    Re:    *Edwards v. McDermott Int'l, et al.*, Case No. 4:18-cv-4330

Dear Judge Edison,

The parties propose the following topics as an agenda for the upcoming conference on Tuesday, October 11 at 8:00 a.m.:

1. Discussion of the Court's requested withdrawal / refiling of class certification motions

2. Case schedule, including class certification

3. Timing and scope of discovery related to SEC investigation

4. Effect of motion to dismiss ruling on scope of discovery related to the expanded alleged class period

5. Effect of motion to dismiss ruling on non-party subpoenas previously served by Plaintiffs concerning discovery related to the expanded alleged class period

Please let us know if you need any further information.

                        Respectfully submitted,

| */s/ Matthew Tuccillo* | */s/ Matthew Insley-Pruitt* |
|:---:|:---:|
| Lead Counsel for the §10(b) Lead Plaintiff | Lead Counsel for the §14(a) Lead Plaintiff |

Cc:    Defense counsel