| **POMERANTZ LLP** | **WOLF POPPER LLP** |
|:---:|:---:|
| 600 Third Avenue | 845 Third Avenue |
| New York, NY 10016 | New York, NY 10022 |

January 26, 2023

<u>**Via ECF**</u>

Hon. Andrew M. Edison
United States Magistrate Judge
United States District Court
Southern District of Texas
601 Rosenberg, Seventh Floor
Galveston, TX 77550

    Re:    *Edwards v. McDermott Int'l, et al.*, No. 4:18-cv-4330;
              *Kingstown v. Dickson, et al.*, No. 4:20-cv-02880

Dear Judge Edison,

    In accordance with this Court's December 23, 2022 Orders, and after conferring in good faith, the parties in the above-captioned actions respectfully submit herewith their proposals regarding an order to achieve case coordination and establish a deposition protocol.

- Exhibit A is the joint proposal of the §10(b) Lead Plaintiff, the §14(a) Lead Plaintiff, and the *Kingstown* plaintiffs;

- Exhibit B is the Defendants' proposal.

    If the Court wishes to have a hearing, the parties respectfully request the opportunity to propose mutually workable dates for the Court's consideration. The parties otherwise will continue to confer.

                              Respectfully submitted,

| */s/ Matthew Tuccillo* | */s/ Matthew Insley-Pruitt* |
|:---|:---|
| *Lead Counsel for the § 10(b) Lead Plaintiff* | *Lead Counsel for the §14(a) Lead Plaintiff* |

Cc:    Defense counsel
          *Kingstown* plaintiffs' counsel