UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MIRIAM EDWARDS, Individually and on Behalf of All Others Similarly Situated, § § § § Plaintiff, § § v. § § McDERMOTT INTERNATIONAL, INC., § DAVID DICKSON, and STUART § SPENCE, § § § Defendants. § | Civil Action No. 4:18-cv-04330 |

## UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

Based on the Court's March 7, 2025 order denying class certification ("Order"), Dkt. 627, and as further set forth herein, Defendants McDermott International, Inc., David Dickson, Stuart Spence, Chicago Bridge & Iron Company, N.V., and Patrick Mullen ("Defendants"), by and through their respective counsel, file this unopposed motion for entry of final judgment dismissing the claims of Lead Plaintiff The Public Employees' Retirement System of Mississippi ("MSPERS"), Plaintiffs Teamsters Local 813 Insurance Trust Fund, Local 813 Pension Trust Fund, and Local 1034 Pension Trust Fund (together with MSPERS, "Plaintiffs") for lack of standing as a result of the Court's Order adopting Judge Edison's September 11, 2023 Memorandum and Recommendation, Dkt. 387.

In support of the motion, Defendants would show the Court as follows:

1. On September 19, 2019, MSPERS filed its Amended Class Action Complaint for Violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 against Defendants. Dkt. 19.

2.	On September 29, 2021, MSPERS filed its Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel. Dkt. 194. MSPERS later filed an amended version of that motion on June 13, 2022, Dkt. 263, and then refiled a superseding version of that motion on October 28, 2022 ("Motion for Class Certification"), Dkt. 303, at the request of Magistrate Judge Edison.

3.	On September 11, 2023, Magistrate Judge Edison issued a Memorandum and Recommendation that the Court deny MSPERS's Motion for Class Certification for lack of standing. Dkt. 387. That Memorandum and Recommendation concluded: "I think my recommendation on class certification, if adopted, means that Plaintiff's claims must be dismissed for lack of standing; but the parties can further brief that issue at the appropriate time." Dkt. 387 at 20 n.11.

4.	On September 30, 2023, the Court rejected Judge Edison's Memorandum and Recommendation and ordered the resubmission of class-certification briefing. Dkt. 410.

5.	MSPERS submitted its Renewed Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel ("Renewed Class Certification Motion") on November 6, 2023, Dkt. 472, and briefing and supplemental briefing on the Renewed Class Certification Motion followed on November 7, 2023, November 17, 2023, December 30, 2024, and January 31, 2025. Dkts. 474, 484, 621, 626.

5.	On March 7, 2025, the Court issued an order denying MSPERS's Renewed Class Certification Motion (the "Order"), stating that it had "reconsidered its prior decision

and will adopt the reasoning of Judge Edison's Memorandum and Recommendation." Dkt. 627.

6. Based on the Court's March 7, 2025 Order and the Memorandum and Recommendation it adopts, Defendants file this unopposed motion to request that the Court enter final judgment dismissing Plaintiffs' claims for lack of standing.

7. By filing and not opposing this motion, respectively, Defendants and Plaintiffs agree that Plaintiffs are not waiving, but rather are expressly reserving, their right to obtain appellate review of the Order, Memorandum and Recommendation, and any resulting final judgment by the United States Court of Appeals for the Fifth Circuit.

8. Plaintiffs and Defendants reserve their rights to raise on appeal any and all properly appealable issues raised by either party in the district court and/or by this Court's Order or the Memorandum and Recommendation it adopts.

10. For these reasons, Defendants respectfully request that the Court enter a final judgment dismissing Plaintiffs' claims for lack of standing. A proposed final judgment is attached to this motion.

Dated: March 20, 2025

                                          BAKER BOTTS L.L.P.

By: */s/ David D. Sterling*
    David D. Sterling
      *Attorney-In-Charge*
    State Bar No. 19170000
    Federal I.D. No. 07079
    Amy Pharr Hefley
    State Bar No. 24046046
    J. Mark Little
    State Bar No. 24078869
    Federal I.D. No. 1487508
    Anthony J. Lucisano
    State Bar No. 24102118
    Federal I.D. No. 3369146
    Elizabeth Furlow Malpass
    State Bar. No. 24109899
    Federal I.D. No. 3402815
    910 Louisiana Street
    Houston, Texas 77002
    Telephone: (713) 229-1234
    Fax: (713) 229-1522
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com
    mark.little@bakerbotts.com
    anthony.lucisano@bakerbotts.com
    elizabeth.malpass@bakerbotts.com

**ATTORNEYS FOR DEFENDANTS**

SIDLEY AUSTIN LLP
Angela C. Zambrano
State Bar No. 24003157
Mason Parham
State Bar No. 24088182
Fabricio Archanjo
State Bar No. 24110983
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Fax: (214) 981-3400

4

angela.zambrano@sidley.com
mparham@sidley.com
farchanjo@sidley.com

**ATTORNEYS FOR DEFENDANT STUART SPENCE**

## CERTIFICATE OF CONFERNCE

I hereby certify that on March 13, 14, 17, and 19, 2025, I conferred with counsel for Lead Plaintiffs, Matthew Insley-Pruitt and Katie Sinderson regarding the relief requested in this motion. They confirmed that Lead Plaintiffs do not oppose this motion, with all sides agreeing to preserve all appellate rights.

*/s/ Amy Pharr Hefley*
Amy Pharr Hefley

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF and/or electronic mail on all counsel of record on this 20th day of March, 2025.

*/s/ Amy Pharr Hefley*
Amy Pharr Hefley