United States District Court
Southern District of Texas

**ENTERED**

March 24, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MIRIAM EDWARDS, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-cv-04330 |
| McDERMOTT INTERNATIONAL, INC., DAVID DICKSON, and STUART SPENCE, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters final judgment for the following reasons:

1.      The Court's March 7, 2025 order denied Lead Plaintiff The Public Employees' Retirement System of Mississippi's ("MSPERS") Renewed Motion for Class Certification and adopted Magistrate Judge Edison's September 11, 2023 Memorandum and Recommendation, concluding that MSPERS lacks standing to pursue its claims.

2.      Defendants McDermott International, Inc., David Dickson, Stuart Spence, Chicago Bridge & Iron Company, N.V., and Patrick Mullen ("Defendants") subsequently moved for the entry of a final judgment dismissing Plaintiffs' claims for lack of standing, and MSPERS, together with Plaintiffs Teamsters Local 813 Insurance Trust Fund, Local 813 Pension Trust Fund, and Local 1034 Pension Trust Fund (collectively, "Plaintiffs"), are unopposed to Defendants' motion, with all parties reserving their appellate rights with

respect to this final judgment, the Court's March 7, 2025 order, and Magistrate Judge Edison's September 11, 2023 Memorandum and Recommendation.

Accordingly, IT IS ORDERED AND ADJUDGED that Plaintiffs' claims are hereby DISMISSED with prejudice for lack of standing, and that final judgment be and is hereby entered.

**THIS IS A FINAL JUDGMENT.**

___March 24, 2025___

Date

_George C. Hanks Jr._

The Honorable George C. Hanks, Jr.