UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIRIAM EDWARDS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MCDERMOTT INTERNATIONAL, INC., DAVID DICKSON, STUART SPENCE,<br><br>Defendants. | Civil Action No. 4:18-cv-04330<br><br>This document relates to the §14(a) Action only |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters final judgment for the following reasons:

1. The Court's March 7, 2025 order (Dkt. 627) denied §14(a) Lead Plaintiff The Public Employees' Retirement System of Mississippi's ("MSPERS") Renewed Motion for Class Certification (Dkt. 303) and adopted Magistrate Judge Edison's September 11, 2023 Memorandum and Recommendation (Dkt. 403), concluding that MSPERS lacks standing to pursue its claims.

2. 14(a) Defendants McDermott International, Inc., David Dickson, Stuart Spence, Chicago Bridge & Iron Company, N.V., and Patrick Mullen ("§14(a) Defendants") subsequently moved for the entry of a final judgment dismissing §14(a) Plaintiffs' claims for lack of standing, and MSPERS, together with §14(a) Plaintiffs

1

Teamsters Local 813 Insurance Trust Fund, Local 813 Pension Trust Fund, and Local 1034 Pension Trust Fund (collectively, "§14(a) Plaintiffs"), are unopposed to §14(a) Defendants' motion, with all §14(a) Action parties reserving their appellate rights with respect to this Final Judgment, the Court's March 7, 2025 order (Dkt. 627), and Magistrate Judge Edison's September 11, 2023 Memorandum and Recommendation (Dkt. 403).

3. Nothing herein is intended to concern or impact in any way the §10(b) Action which has also proceeded under the consolidated *Edwards* caption and which is currently before the Fifth Circuit Court of Appeals on the Fed. R. Civ. P. 23(f) cross-appeals by §10(b) Lead Plaintiff Nova Scotia Health Employees' Pension Plan and by §10(b) Defendants McDermott International, Inc., David Dickson, and Stuart Spence, arising from this Court's separate §10(b) Action class certification rulings. *See Nova Scotia Health Employees' Pension Plan v. McDermott Int'l, Inc*., No. 24-20326 (5th Cir. ). Under Magistrate Judge Edison's prior Orders (Dkt. 582, 617), any further §10(b) Action proceedings before this Court are stayed pending the outcomes of those cross-appeals.

Accordingly, IT IS ORDERED AND ADJUDGED that §14(a) Plaintiffs' claims are hereby DISMISSED with prejudice for lack of standing, and that final judgment be and is hereby entered in the §14(a) Action.

**THIS IS A FINAL JUDGMENT**

 March 31, 2025                                                    *George C. Hanks Jr.*
 Date                                                                           The Honorable George C. Hanks, Jr.